1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   MITRA ERAMI, individually and on              No.  2:15-cv-0727-MCE-EFB
     behalf of other members of the general
12   public similarly situated,

13                    Plaintiff,                   **ORDER**

14          v.

15   JPMORGAN CHASE BANK,
     NATIONAL ASSOCIATION,
16
                      Defendant.
17

18          This is a wage and hour class action originally filed by Plaintiff Mitra Erami in the

19   Solano County Superior Court and removed to this Court under the provisions of the

20   Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d).  Presently before the

21   Court is Plaintiff's Motion to Transfer Venue to the Northern District of California (ECF

22   No. 8).  According to Plaintiff's counsel, he was under the mistaken belief that Plaintiff

23   worked in Solano County rather than on Solano Avenue in Berkeley, California.

24   According to attorney Wynne, because of that error, he filed in Solano County rather

25   than Alameda County, where the City of Berkeley is located. Decl. of Edward J. Wynne,

26   ECF No. 8-2, ¶¶ 2-3.  Alameda County is within the Northern District of California.

27   ///

28   ///

                                              1

1         In accordance with 28 U.S.C. § 1404(a), Plaintiff represents that venue in the

2    Northern District is more convenient both for witnesses and the parties, and that the

3    interests of justice will accordingly be served by such a transfer.  He points out that

4    Plaintiff worked in Berkeley, lives in Richmond, and that most of his fellow employees

5    and supervisors likely live in the area encompassed by the Northern District.  Plaintiff's

6    counsel informed the Court that he met and conferred with defense counsel on April 16,

7    2015, and that Defendant does not oppose Plaintiff's transfer request.  Wynne Decl., ¶ 4.

8    Indeed, no opposition has been filed.

9         Based on the foregoing, Plaintiff's Motion to Transfer (ECF No. 8), is GRANTED.

10   Pursuant to 28 U.S.C. § 1404(a), the above-captioned case is hereby transferred to the

11   United States District Court for the Northern District of California.

12        IT IS SO ORDERED.

13   Dated:  June 3, 2015

14

15

16   _____

17   MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28